# O'NEILL / HASSEN

Attorneys at Law

March 22, 2023

VIA ECF and Email
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> Defendant's bail conditions to be modified as requested. Pretrial Services Officer/Probation Officer may remove the location monitor attached to Ms. Seda-Lopez's ankle.
>
> 3/22/2023   SO ORDERED.
> /s/ LEWIS J. LIMAN
> United States District Judge

RE: *United States v. Sarah Seda-Lopez,* 23 Cr 129 (LJL)

Dear Judge Liman:

    I am writing with the consent of the government and probation to seek removal of the location monitor attached to Ms. Seda-Lopez's ankle. Ms. Seda-Lopez is currently released on bail with location monitoring as one of the conditions of her release. She has been fully compliant with the conditions of her release, except for the use of marijuana on occasion, which she has addressed with pretrial. She has abided by her curfew, and when she was on house arrest she abided by those conditions as well. She is currently in counseling through the probation department and faithfully attends all her sessions.

    I spoke with Officer Picozzi who is supervising her in Rhode Island, and with her local pretrial officer and neither officer has an objection to removing the location monitoring. The government defers to probation.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA