O'NEILL / HASSEN                                                                              Attorneys at Law

March 27, 2023

VIA ECF and Email
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Court approves Ms. Seda-Lopez to travel to Brooklyn as proposed.

3/27/2023   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

RE: *United States v. Sarah Seda-Lopez,* 23 Cr 129 (LJL)

Dear Judge Liman:

    I am writing with the consent of the government and probation to request permission for Ms. Seda-Lopez to travel to Brooklyn from Tuesday March 28, 2023 to Friday March 31, 2023. Ms. Seda-Lopez will be traveling to take possession of Ms. Seda-Lopez' mothers house, and will inventory the property in hopes of moving in and renovating it. The first night she will stay in a hotel and is hoping to stay at the house for the subsequent nights. She will coordinate with her Rhode Island Probation Officer.

    The government and probation consent to this request. I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

1 / P (646) 808-0997         4 / www.oandh.net
2 / F (212) 203-1858         5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net        6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA