**O'NEILL / HASSEN**                                                                 Attorneys at Law

April 5, 2023

VIA ECF and Email
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**REQUEST GRANTED.**
**The Court approves Ms. Seda-Lopez to travel as proposed.**

4/6/2023   SO ORDERED.
LEWIS J. LIMAN
United States District Judge

RE: *United States v. Sarah Seda-Lopez,* 23 Cr 129 (LJL)

Dear Judge Liman:

    I am writing with the consent of the government and probation to request permission for Ms. Seda-Lopez to travel to Brooklyn from Friday April 7, 2023 to Tuesday April 11, 2023. Ms. Seda-Lopez has a job interview in New York on Monday April 10, 2023. Ms. Lopez will provide her probation officer with the details of her travel.

    The government and probation consent to this request. I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

**1 /** P (646) 808-0997   **4 /** www.oandh.net
**2 /** F (212) 203-1858   **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net  **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA