# O'NEILL / HASSEN

Attorneys at Law

April 20, 2023

REQUEST GRANTED.
The Court approves Ms. Seda-Lopez to travel to Brooklyn as proposed.

4/20/2023  SO ORDERED.

LEWIS J. LIMAN
United States District Judge

VIA ECF and Email
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Sarah Seda-Lopez,* 23 Cr 129 (LJL)

Dear Judge Liman:

I am writing with the consent of the government and probation to request permission for Ms. Seda-Lopez to travel to Brooklyn from Thursday April 20, 2023 to Wed April 26, 2023. Ms. Seda-Lopez will work on clearing out her mother's home with a relative. Ms. Seda-Lopez will provide her probation officer with the details of her travel.

The government and probation consent to this request. I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill

---

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA