**O'NEILL / HASSEN**                                    Attorneys at Law

May 2, 2023

VIA ECF and Email
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

REQUEST GRANTED.
The Court approves for Ms. Seda-Lopez to permanently relocate to Brooklyn, NY and that she be able to travel to the Southern and Eastern Districts of New York.

5/3/2023

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

RE: *United States v. Sarah Seda-Lopez,* 23 Cr 129 (LJL)

Dear Judge Liman:

I am writing with the consent of the government to request permission for Ms. Seda-Lopez to permanently relocate to Brooklyn, NY. She will live in a home owned by her mother in Brooklyn. I request permission that she be able to travel to the Southern and Eastern Districts of New York. It is my understanding that she would be supervised in New York, rather than in Rhode Island. I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Sarah Seda-Lopez*