**O'NEILL / HASSEN**                                                              Attorneys at Law

June 7, 2023

VIA ECF and Email
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> The Sentencing hearing previously set for June 15, 2023 is rescheduled to September 14, 2023 at 11:00AM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 6/8/2023   SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

RE: *United States v. Sarah Seda-Lopez,* 23 Cr 129 (LJL)

Dear Judge Liman:

I am writing to request an adjournment of the sentencing proceeding that is currently scheduled for June 15, 2023. I request that the sentencing and related submission deadlines be adjourned for approximately 90 days. The government consents to this request for an adjournment.

This request is necessary because we only recently received the final pretrial services report and are still waiting on records and letters from Ms. Seda-Lopez's family and community that will aid the Court in determining the appropriate sentence. This is the first request for an adjournment.

I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Sarah Seda-Lopez*

---

**1 /** P (646) 808-0997         **4 /** www.oandh.net
**2 /** F (212) 203-1858         **5 /** 25 Eighth Ave, Suite C, Brooklyn, NY 11217
**3 /** grainne@oandh.net        **6 /** 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA