**O'NEILL / HASSEN**                                                                                               Attorneys at Law

October 24, 2023

VIA ECF and Email
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> Ms. Seda-Lopez's surrender date is extended to January 14, 2024.  Ms. Seda-Lopez is to surrender for service of sentence at the institution designated by the Bureau of Prisons before 2:00 p.m. on that date.
>
> 10/24/2023   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

RE: *United States v. Sarah Seda-Lopez,* 23 Cr. 129 (LJL)

Dear Judge Liman:

    I am writing to request that Ms. Seda-Lopez's surrender date be extended by 60 days. Ms. Seda-Lopez is currently scheduled to surrender by 2:00 PM on November 14, 2023. I ask that she be permitted to surrender by 2:00 PM on January 14, 2024. The government has no objection to this request.

    As the Court may remember, Ms. Seda-Lopez is gainfully employed in a supervisory capacity at AutoZone. Ms. Seda-Lopez's supervisor has told her that if she can work through December, she can take an approved leave of absence and not lose her job. Additionally, Ms. Seda-Lopez's brother will be able to move into the family home in Bushwick on January 9, 2024. This will allow him to monitor the home and continue the renovations while Ms. Seda-Lopez is away in prison.

    These additional two months will allow Ms. Seda-Lopez to return from prison gainfully employed and housed. As stated above, the government has no objection to this extension. I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Sarah Seda-Lopez*

1 / P (646) 808-0997     4 / www.oandh.net
2 / F (212) 203-1858     5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net    6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA