**O'NEILL / HASSEN**                                             Attorneys at Law

January 8, 2024

VIA ECF and Email
Honorable Lewis J. Liman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

> REQUEST GRANTED.
> Ms. Seda-Lopez's surrender date is extended to 2:00 PM on January 16, 2024.
>
> 1/8/2024   SO ORDERED.
> /s/ Lewis J. Liman
> United States District Judge

RE: *United States v. Sarah Seda-Lopez,* 23 Cr. 129 (LJL)

Dear Judge Liman:

    I am writing to request that Ms. Seda-Lopez's surrender date be extended by 2 days. Ms. Seda-Lopez is currently scheduled to surrender by 2:00 PM on January 14, 2023. I ask that she be permitted to surrender by 2:00 PM on January 16, 2024.

    January 14, 2024 is a Sunday and Ms. Seda-Lopez's probation officer expressed concern to her that this was not a business day. After consulting with several colleagues, I have found that oftentimes the prison will not accept someone on the weekend, or on a holiday like Monday. This in turn can lead to significant issues, as the client has not met the terms of their release. Ms. Seda-Lopez continues to abide by all conditions and fully intends to surrender on Tuesday January 16, 2024.

    I thank the Court for its attention to this matter.

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Sarah Seda-Lopez*

1 / P (646) 808-0997     4 / www.oandh.net
2 / F (212) 203-1858     5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net   6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA